■ ELENA SANILEVICH, Appellant, v SANIEL SANILEVICH, Respondent. [5 NYS3d 728]—Appeal from order, Supreme Court,

New York County (Matthew F. Cooper, J.), entered September 18, 2014, which granted the father permission to travel with the child to Israel from September 20, 2014 to September 29, 2014 upon certain conditions, including the provision of a $250,000 security, unanimously dismissed, without costs, as moot.

The period of travel that the order covered—September 20, 2014 to September 29, 2014—has passed, thus rendering this appeal moot. As an alternate holding, we find that the court did not abuse its discretion. Concur—Mazzarelli, J.P., Friedman, Manzanet-Daniels, Clark and Kapnick, JJ.